# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PLUS ONE CONSTRUCTION, LLC

VERSUS

ROAD HOME CORPORATION D/B/A
LOUISIANA LAND TRUST,
MICHAEL TAYLOR (IN HIS
OFFICIAL CAPACITY AS
EXECUTIVE DIRECTOR OF
LOUISIANA LAND TRUST), AND
LLT AUDUBON, INC.

NO.   2024 CW 0520

**NOVEMBER 18, 2024**

---

In Re:   Road Home Corp. d/b/a Louisiana Land Trust, Michael Taylor, and LLT Audubon, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 732873.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DISMISSED.** Relator submitted a letter to this court dated November 11, 2024, in which it advised this court that the parties finalized a settlement agreement and requested that this matter be dismissed.

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT